UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REZPLOT SYSTEMS, LLC,<br>  Plaintiff,<br><br>v.<br><br>FRANCIS ARCELLO,<br>  Defendant. | No. 1:24-cv-176<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum order entered on this date (ECF No. 4), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date: February 23, 2024     /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge